UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE E. FEID, JR.,

       Plaintiff,                        Case No: 1:14-cv-610

v.                                           HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**OPINION AND ORDER**

       Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R & R) (Dkt 15), recommending that this Court affirm the Commissioner's decision to deny Plaintiff's claim for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) under Titles II and XVI of the Social Security Act. The matter is now before the Court on Plaintiff's Objections to the R & R (Dkt 16). Defendant has filed a Response (Dkt 17).

       In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court has performed de novo consideration of those portions of the R & R to which objections have been made. Plaintiff's objections merely restate his health issues and his belief that "not enough" medical evidence from his physician was considered, without demonstrating any factual or legal error in the Magistrate Judge's analysis. The Magistrate Judge liberally construed, and thoroughly considered, such previous assertions in light of the record and the governing law. Plaintiff proffers no argument to warrant rejecting either the Magistrate Judge's determination that the ALJ's decision adheres to

the proper legal standards and is supported by substantial evidence, or her ultimate conclusion recommending that the Commissioner's decision be affirmed (R&R, Dkt 15 at 13). For the reasons stated in the R & R, the Commissioner's decision is properly affirmed. Accordingly, the Court will adopt the Magistrate Judge's Report and Recommendation as the Opinion of this Court and enter a Judgment consistent with this Opinion and Order. *See* FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Objections (Dkt 16) are DENIED, and the Report and Recommendation (Dkt 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is AFFIRMED.


Dated: June 29, 2015                     /s/ Janet T. Neff
                                         JANET T. NEFF
                                         United States District Judge